IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )  Bankruptcy Case No. 26-20551-CMB |
| Lori R. Anthos, | )  Chapter 13 |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts


Please enter our appearance on behalf of Township of Hampton in the above captioned matter.  We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for this creditor.  All notices should be mailed to the following address:


**Township of Hampton**
**GRB Law**
**Richard A. Monti, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:


April 20, 2026                        GRB Law,

                    By:    /s/ Richard A. Monti
                            Richard A. Monti, Esquire
                            Pa I.D. No. 326414
                            525 William Penn Place
                            Suite 3110
                            Pittsburgh, PA 15219
                            412-281-0587
                            RMonti@grblaw.com
                            Attorney for Movant


2514361.1

<u>DECLARATION IN LIEU OF AFFIDAVIT</u>

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for Township of Hampton, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

(X)     That there are no other requests to receive notices on behalf of this creditor, or

( )     that any prior request(s) for notice by or on behalf of this creditor shall be deleted
        from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

<u>Executed on:</u>April 20, 2026

GRB Law,

By:    <u>/s/ Richard A. Monti</u>
       Richard A. Monti, Esquire
       Pa I.D. No. 326414
       525 William Penn Place
       Suite 3110
       Pittsburgh, PA 15219
       412-281-0587
       RMonti@grblaw.com
       Attorney for Movant

2514361.1