**Form 106–C**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: Lori R. Anthos

CASE NUMBER: 26–20551–CMB

RELATED TO DOCUMENT NO:

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change (Claim # 1) that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

CREDITOR TO REFILE DOCUMENT(S) TO BE IN COMPLIANCE WITH W.PA.LBR 5005–13 (b) SPECIFICALLY, TO ENSURE EACH PAGE IS PROPERLY SIZED AT SIZED 8.5" X 11".

You must file CORRECTED Notice of Mortgage Payment Change (Claim # 1) within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change (Claim # 1) that is filed in response to this Notice.**

Dated this The 10th of June, 2026

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-20551-CMB

Lori R. Anthos                                                                       Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                          Page 1 of 2

Date Rcvd: Jun 10, 2026                 Form ID: 106c                                   Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID            Recipient Name and Address**
16641725             Midfirst Bank, P.O. Box 248921, Oklahoma City, OK 73124-8921

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16660457 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 11 2026 00:35:39 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

**Name                          Email Address**

Brent J. Lemon
                              on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                              lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Dennis J. Spyra
                              on behalf of Debtor Lori R. Anthos dennis@spyralawoffice.com

Matthew Fissel
                              on behalf of Creditor Midland Mortgage  a Division of MidFirst Bank bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

District/off: 0315-2                          User: auto                                    Page 2 of 2

Date Rcvd: Jun 10, 2026                       Form ID: 106c                                 Total Noticed: 2

ustpregion03.pi.ecf@usdoj.gov

Richard Monti

on behalf of Creditor Township of Hampton rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 6