# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 7/21/2026 |
| Case: 26−20551−CMB | Form ID: 309a | Total: 16 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Midland Mortgage, a Division of MidFirst Bank
cr          MIDFIRST BANK

                                                                                    TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee          ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
aty         Brent J. Lemon          blemon@bernsteinlaw.com
aty         Dennis J. Spyra          dennis@spyralawoffice.com
aty         Matthew Fissel          bkgroup@kmllawgroup.com
aty         Richard Monti          rmonti@grblaw.com

                                                                                    TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Lori R. Anthos          2561 Lah Road          Gibsonia, PA 15044
cr          Duquesne Light Company          c/o Bernstein−Burkley, P.C.          601 Grant Street, 9th Floor          Pittsburgh, PA 15219
cr          Township of Hampton          Richard A. Monti, Esq.          525 William Penn Place          Suite 3110          Pittsburgh          PA, 15219 UNITED STATES
16666781    Duquesne Light Company          c/o WH Burkley, LLP          601 Grant Street, 9th Floor          Pittsburgh, PA 15219
16641724    KML Law Group, P.C.          701 Market Street          Suite 5000          Philadelphia, PA 19106
16660457    MidFirst Bank          999 NorthWest Grand Boulevard          Oklahoma City, OK 73118
16641725    Midfirst Bank          P.O. Box 248921          Oklahoma City, OK 73124−8921
16661295    Township of Hampton          c/o GRB Law          Richard A. Monti, Esq.          525 William Penn Place, Suite 3110          Pittsburgh, PA 15219

                                                                                    TOTAL: 8